IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA PIPING & )
PROMOTIONAL FUND, JACK WEAVER, )
JEFF MORGAN, and FRANK STARK, )
as Trustees of the aforesaid )
Fund, )
                                        )
       Plaintiffs, )
                                        )
   v. )               1:11CV248
                                        )
JOHNSON CONTROLS, INC., )
                                        )
      Defendant. )

## ORDER

On February 20, 2014, the United States Magistrate Judge's Order, Memorandum Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 45, 46.)  No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendant's motion to dismiss (Doc. 28) is **DENIED.**

This the 25th day of March, 2014.

                                                _____
                                                   United States District Judge